STATE OF NEW JERSEY v. ALONZO BROWN.

July 21, 1982.

Petition for certification denied.

JACK FRIEDMAN, INDIVIDUALLY AND D/B/A HAMILTONIAN APARTMENTS v. TOWNSHIP OF RANDOLPH.

July 21, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. NELSON JIMINEZ.

July 21, 1982.

Petition for certification denied.

LAURA A. LIPPI v. SHALER GARDENS.

July 21, 1982.

Petition for certification denied.